# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MARSHALL VAN REED, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-00431-LBC-JHE |
| BBVA-PNC BANK, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

Plaintiff Marshall Van Reed filed a *pro se* complaint seeking monetary damages or injunctive relief under 42 U.S.C. § 1983 for violations of his civil rights. (Doc. 1). On March 22, 2024, the magistrate judge entered a report recommending the court dismiss this action without prejudice under Federal Rule of Civil Procedure 12(h)(3) based on lack of subject-matter jurisdiction. (Doc. 7). Although the magistrate judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and Federal Rule of Civil Procedure 12(h)(3), this action is due to be dismissed without prejudice based on lack of subject-matter jurisdiction.

A final judgment will be entered.

**DONE** and **ORDERED** April 16, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE